UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID A. VARNES, et al.,

    Plaintiffs,

v.                                       Case No. 3:12-cv-622-J-39JBT

HOME DEPOT USA, INC. and THD AT-HOME SERVICES, INC.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Status Report (Doc. 130; Report). The Report informs the Court that the parties were unable to reach a resolution of this case, and requests that this case be reopened. Accordingly, it is hereby

**ORDERED:**

1.     The Clerk of the Court shall **REOPEN** this case.

2.     Defendant's Motion for Summary Judgment (Doc. 109) is **TAKEN UNDER ADVISEMENT**.

3.     This case is set for trial during the Court's August 7, 2017 trial term.

4.     The Court will conduct a Final Pretrial Conference on **July 19, 2017 at 10:00 a.m.** The final pretrial conference and trial will be held in Courtroom 12C, 12th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. The pretrial conference shall be attended by counsel who will act as lead counsel and who are vested with full authority to make and solicit disclosures and agreements touching on all matters pertaining to the trial.

**Arguments on Motions In Limine, if allowed, will be heard at the Final Pretrial Conference.**

5.  All motions in limine shall be filed by July 5, 2017. All responses to motions in limine must be filed by July 12, 2017.

6.  The parties shall submit a Joint Pretrial Statement on July 12, 2017.

7.  Unless otherwise ordered by the Court, no later than **five days** before the trial term set forth above, the parties **shall file** with the Clerk of Court the following (<u>and</u>, as to each of the following, provide directly to Chambers, Suite 11-400, by mail or hand delivery two (2) copies marked "Judge's Chambers Copy"):

(a) <u>Each side</u> shall file a **Trial Brief**, with citations of authorities and arguments specifically addressing all significant disputed issues of law likely to arise at trial: **<u>and</u> either (b) or (c) below, as appropriate.**

(b) <u>**If case is a jury trial**</u>, the following:

   (1) A concise (one paragraph preferably) **joint or stipulated** statement of the nature of the action to be used solely for purpose of providing a <u>basic</u> explanation of the case to the jury *venire* at the commencement of jury selection process:

   (2) **Proposed *Voir Dire*** (the Court will conduct the jury *voir dire* and, in addition to the usual more general questions, will, without initiation by counsel, ask more particular questions suggested by the nature of the case; counsel should, therefore, be selective in the jury questions submitted to the Court for consideration); and

   (3) A **Proposed Verdict Form** and complete set of all written **Proposed Jury Instructions.** (The Court will expect counsel to give their best efforts, cooperatively, in the production of a <u>joint set of instructions and verdict form</u>, the format of which the Court will discuss at the pretrial conference.)

(c) <u>**If case is a non-jury trial**</u>, Proposed Findings of Fact and Conclusions of Law (each shall be separately stated in numbered paragraphs; Findings of Fact shall contain a detailed listing of the relevant material facts the party

intends to prove, in a simple, narrative form; Conclusions of Law shall contain a full exposition of the legal theories relied upon by counsel).

8. The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.[1]

**DONE** and **ORDERED** in Jacksonville, Florida this 8th day of February, 2017.

BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

Counsel of Record

---

[1] Cell phones must be turned off while in the courtroom.