IN THE UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID A. VARNES, BETTY SPENCER,
JOSEPH WILLIAMS, and JASON NIMEY,
individually, and on behalf of all others
similarly situated,                                                    **CASE NO. 3:12-cv-00622-BJD-JBT**

       Plaintiffs,

       v.

THE HOME DEPOT USA, INC. and
THD AT-HOME SERVICES, INC. d/b/a
THE HOME DEPOT AT-HOME SERVICES

       Defendants.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF
PLAINTIFFS' CLAIMS PURSUANT TO FEDERAL RULE OF
<u>CIVIL PROCEDURE 41(a)(1)(A)(ii)</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiffs, David A. Varnes, Betty Spencer, Joseph Williams, and Jason Nimey (collectively, "**Plaintiffs**") and Defendant, The Home Depot USA, Inc. and THD At-Home Services, Inc. d/b/a The Home Depot At-Home Services ("**Defendants")**, that all claims brought by the Plaintiffs in this matter be dismissed with prejudice against Defendants. Each party shall bear its own fees and costs in connection with Plaintiffs' claims.

STIPULATED, DATED, AND RESPECTFULLY SUBMITTED this 22nd day of August, 2017. Respectfully submitted,

August 22, 2017

| | |
|---|---|
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP** | **KING & SPALDING LLP** |
| */s/ Rachel Soffin* | */s/ S. Stewart Haskins* |
| Rachel Soffin (Bar No. 0018054) | S. Stewart Haskins |
| John A. Yanchunis (Bar No. 324681) | Georgia Bar No. 336104 |
| 201 N. Franklin St., 7th Floor | Zachary A. McEntyre |
| Tampa, FL 33602 | Georgia Bar No. 653571 |
| Telephone: (813) 223-5505 | 1180 Peachtree Street, N.E. |
| Facsimile: (813) 222-2434 | Atlanta, Georgia 30309 |
| rsoffin@forthepeople.com | (404) 572-4600 |
| jyanchunis@forthepeople.com | (404) 572-5100 (fax) |
| | shaskins@kslaw.com |
| | zmcentyre@kslaw.com |
| *Attorneys for Plaintiffs* | coates@kslaw.com |
| | |
| | Andrew J. Knight II |
| | Florida Bar No. 362646 |
| | **MOSELEY PRICHARD PARRISH KNIGHT & JONES** |
| | 501 West Bay Street |
| | Jacksonville, Florida 32202 |
| | (904) 356-1306 |
| | (904) 354-0194 (fax) |
| | ajknight@mppkj.com |
| | |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22nd, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

*/s/Rachel Soffin*
Rachel Soffin (Bar No. 0018054)
John A. Yanchunis (Bar No. 324681)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
rsoffin@forthepeople.com
jyanchunis@forthepeople.com

*Attorneys for Plaintiffs*
